1116

No. 93–992. ABUAN ET AL. v. GENERAL ELECTRIC CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–993. MARINA VENTURES INTERNATIONALE, LTD., ET AL. v. POLYTHANE SYSTEMS, INC. C. A. 5th Cir. Certiorari denied.

No. 93–994. CONTINENTAL POTASH INC. ET AL. v. FREEPORT-MCMORAN INC. ET AL. Sup. Ct. N. M. Certiorari denied.

No. 93–997. KURI v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 93–998. LESHER v. GEAUGA DEPARTMENT OF HUMAN SERVICES. Ct. App. Ohio, Geauga County. Certiorari denied.

No. 93–999. FEDERAL ELECTION COMMISSION v. POLITICAL CONTRIBUTIONS DATA, INC. C. A. 2d Cir. Certiorari denied.

No. 93–1007. ROCHEUX INTERNATIONAL, INC., ET AL. v. FULBRIGHT & JAWORSKI. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–1008. SAY & SAY ET AL. v. CASTELLANO ET AL.; and SHIEH ET AL. v. CHRISTOPHER ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–1009. SAY & SAY ET AL. v. SUPERIOR COURT OF CALIFORNIA, ORANGE COUNTY (LINDQUIST ET AL., REAL PARTIES IN INTEREST); and SAY & SAY ET AL. v. SUPERIOR COURT OF CALIFORNIA, ORANGE COUNTY (MILLER ET AL., REAL PARTIES IN INTEREST). Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 93–1011. NYSA–ILA PENSION TRUST FUND ET AL. v. GARUDA INDONESIA ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–1017. PILDITCH v. GOOL ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–1021. EVANS v. UNITED ARAB SHIPPING CO. S. A. G. ET AL. C. A. 3d Cir. Certiorari denied.